**450**

535 P.2d 657

**C. R. PITCHFORD, Jean Pitchford and Bennye Brown, Petitioners,**

v.

**Willie G. GRAHAM and Sandra J. Graham, Respondents.**

**No. 10289.**

Supreme Court of New Mexico.

March 5, 1975.

Whereas, it further appearing to the Court that said writ of certiorari should be quashed.

Now, therefore, it is considered, ordered and adjudged by the Court that the writ of certiorari heretofore issued in the above entitled cause on January 24, 1975 be and the same is hereby quashed.

Further ordered that the record in Court of Appeals Cause Nos. 1451, 1186, 87 N.M. 174, 531 P.2d 222 be and the same are hereby returned to the Clerk of the Court of Appeals.

535 P.2d 657

**STATE of New Mexico, Petitioner,**

v.

**Raymond NAGEL, aka Raymond Nagle, Respondent.**

**No. 10408.**

Supreme Court of New Mexico.

April 3, 1975.

Now, therefore, it is considered, ordered and adjudged by the Court that the petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1538, 87 N.M. 434, 535 P.2d 641 be and the same is hereby returned to the Clerk of the Court of Appeals.

535 P.2d 657

**STATE of New Mexico, Petitioner,**

v.

**Jeffrey Howard RICHERSON, Respondent.**

**No. 10424.**

Supreme Court of New Mexico.

April 30, 1975.

Now, therefore, it is considered, ordered and adjudged by the Court that the petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1599, 87 N.M. 437, 535 P.2d 644 be and the same is hereby returned to the Clerk of the Court of Appeals.